IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICOLE MOORE,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER

17-cv-811-wmc

Pursuant to a joint stipulation for remand (dkt. #12) filed by the parties on April 2, 2018, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. The clerk of court is directed to enter judgment accordingly.

Entered this 2nd day of April, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge