# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

NICOLE MOORE ,

                        Plaintiff,                   JUDGMENT IN A CIVIL CASE

     v.

                                                Case No. 17-cv-811-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                        Defendant.

       This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff

Nicole Moore  attorney fees and costs in the amount of $6,341.86 under the Equal

Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 5/01/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |